IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE,<br><br>    Plaintiff,<br><br>  v.<br><br>PHILIP BABIENCO; LUZ F. NARES; WILLIAM J. HILL; GERALD ELLIS; M. LEW; CHI NGUYEN,<br><br>    Defendants.<br>                                                / | No. C 13-1106 WHA (PR)<br><br>**ORDER APPOINTING PRO BONO COUNSEL** |

     Plaintiff having been found in need of counsel to assist him in this matter, and counsel willing to be appointed to represent Plaintiff having been located,

     IT IS HEREBY ORDERED THAT: Vandya Swaminathan, Nisha Patel, and Stephen Akerley and the law firm Dechert L.L.P., are appointed as counsel for Plaintiff pursuant to 28 U.S.C. 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

     Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website at http://www.cand.uscourts.gov.

     The Clerk shall add plaintiff's appointed counsel to the docket, and serve a copy of this Order upon counsel for both parties.

     IT IS SO ORDERED.

Dated: September   29  , 2014.

                                              WILLIAM ALSUP<br>
                                              UNITED STATES DISTRICT JUDGE