IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CESAR URIBE,

    Plaintiff,

v.

PHILIP BABIENCO,

    Defendant.

      /

No. C 13-01106 WHA

**ORDER REQUESTING DEFENSE COUNSEL TO REGISTER UNDER RULE 5-1(C)**

    By order dated September 29, 2014, Attorneys Vandya Swaminathan, Nisha Patel, and Stephen Akerley were appointed to represent defendant Cesar Uribe (Dkt. No. 36). Civil Local Rule 5-1(c) requires, among other things, that each attorney of record become an ECF user and obtain a user ID and password for access to the system upon filing a case in this district. To date, only Attorney Akerley has so registered on ECF as defendant's counsel.

    Attorney Swaminathan and Attorney Patel are thus requested to please register in compliance with Rule 5-1(c).

    **IT IS SO ORDERED.**

Dated: October 28, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE