UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CESAR URIBE,

        Plaintiff,

  v.

PHILIP BABIENCO,

        Defendant.

Case No.  13-cv-01106-WHA   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on January 8, 2015 in Courtroom D, San Francisco, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff's Counsel,  Justin Boyce, Vanda Swaminathan and Nisha Patel

    (   )  Warden or warden's representative

    ( X )  Office of the California Attorney General, Grayson W. Marshall III

    ( X )  Other:  Patricia Lee for California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (   ) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (   ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1   ( X)  The parties are unable to reach an agreement at this time.  Parties will conduct
2   additional discovery, specifically the deposition of Defendant Babienco.  A telephonic status
3   conference is set for March 17, 2015 at 1:00 p.m.  Parties shall dial 888-684-8852 and enter
4   access code 1868782 to make their appearances.
5   **IT IS SO ORDERED.**
6   Dated: 1/8/15

_____
NANDOR J. VADAS
United States Magistrate Judge

2