KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
GRAYSON W. (TREY) MARSHALL, III
Deputy Attorney General
State Bar No. 280409
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-1604
  Fax:  (415) 703-5480
  E-mail:  Grayson.Marshall@doj.ca.gov
*Attorneys for Defendant Philip Babienco*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CESAR URIBE,**<br><br>                    Plaintiffs,<br><br>**v.**<br><br>**PHILIP BABIENCO,**<br><br>                    Defendant. | No. C 13-1106 WHA<br><br>**STIPULATED ADMINISTRATIVE MOTION TO REQUEST CONTINUANCE OF DEADLINE TO COMPLETE MEDIATION**<br><br>**[Civil L.R. 7-11, 16-2]** |

1

Stip. Admin. Motion Continuance of Deadline to Complete Mediation  (No. C 13-1106 WHA)

# STIPULATED ADMINISTRATIVE MOTION TO REQUEST CONTINUANCE OF DEADLINE TO COMPLETE MEDIATION

Plaintiff Cesar Uribe and Defendant Philip Babienco, by and through their counsel of record, hereby stipulate to and request that the Court continue the deadline to complete mediation in this matter until June 16, 2015.

### A. Nature of Action; Procedural Status

Plaintiff Cesar Uribe is a California prisoner alleging violation of his federal civil rights under 42 U.S.C. § 1983, and medical malpractice, related to his dental care at the Correctional Training Facility in Soledad, California.

On September 16, 2014, the Court granted in part, and denied in part, Defendants' motion for summary judgment, and referred the case to the Pro Se Prisoner Mediation Program. The Court stayed all proceedings pending a mediation session to occur within 120 days. ECF No. 34.

Mediation was set for January 7, 2015. All counsel appeared on that date, but Plaintiff, who is incarcerated, was unavailable to participate telephonically, as anticipated by the Court and parties. Plaintiff's counsel indicated a desire to take the deposition of Defendant Babienco, and the parties agreed to return for further status conference with Judge Vadas.

A status conference was held on March 17, 2015. The parties, and the Court, agreed to a further mediation session on June 16, 2015, the first available date for the parties and Court.

### B. Grounds for Request

Given that inmate Uribe was unavailable at the last mediation, along with the additional discovery that has occurred, the parties agree that a further mediation session is appropriate in this matter. Therefore, the parties request the Court continue the deadline to complete mediation up to, and including, June 16, 2015.

//
//
//
//
//

2

Stip. Admin. Motion Continuance of Deadline to Complete Mediation  (No. C 13-1106 WHA)

| | | |
|---|---|---|
| 1 | DATED:  March 25, 2015 | DECHERT LLP |
| 2 | | |
| 3 | | By: ___*/s/ Nisha N. Patel*___ |
| 4 | | NISHA N. PATEL<br>Attorneys for Plaintiff |
| 5 | | CESAR URIBE |
| 6 | | |
| 7 | DATED:  March 25, 2015 | KAMALA D. HARRIS<br>Attorney General of California |
| 8 | | JOHN P. DEVINE<br>Supervising Deputy Attorney General |
| 9 | | |
| 10 | | By: ___*/s/ Grayson W. Marshall, III*___ |
| 11 | | GRAYSON W. MARSHALL, III<br>Deputy Attorney General |
| 12 | | Attorneys for Defendant<br>PHILIP BABIENCO |

3

KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
GRAYSON W. (TREY) MARSHALL, III
Deputy Attorney General
State Bar No. 280409
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1604
  Fax: (415) 703-5480
  E-mail: Grayson.Marshall@doj.ca.gov
*Attorneys for Defendant Philip Babienco*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CESAR URIBE,**<br><br>Plaintiffs,<br><br>v.<br><br>**PHILIP BABIENCO,**<br><br>Defendant. | No. C 13-1106 WHA<br><br>**[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO REQUEST CONTINUANCE OF DEADLINE TO COMPLETE MEDIATION**<br><br>**[Civil L.R. 7-11, 16-2]** |

1  The Court, having considered the parties' Stipulated Motion for Administrative Relief,
2  Pursuant to Civil Local Rules 7-11 and 16-2(d), for continuance of the deadline to complete
3  mediation, hereby orders as follows:
4  **IT IS HEREBY ORDERED** that the Motion is GRANTED.  The deadline for mediation in
5  this matter is continued until June 16, 2015.
6  Dated:  March 27, 2015.          _____
7  Honorable William H. Alsup
   United States District Judge

2

[Proposed] Order Granting Administrative Motion to Continue Deadline for Mediation  (No. C 13-1106 WHA)