UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CESAR URIBE,

    Plaintiff,

  v.

PHILIP BABIENCO,

    Defendants.

Case No. 13-cv-01106-WHA   (NJV)

**ORDER RE SETTLEMENT CONFERENCE**

A settlement conference is set in this case for June 16, 2015, at 2:00 p.m. Plaintiff, who is represented by counsel, shall be available during the settlement conference by telephone. He shall call into the settlement conference by dialing 888-684-8852 and entering access code 1868782. Plaintiff's counsel shall contact Plaintiff's institution and arrange for Plaintiff's telephonic appearance.

**IT IS SO ORDERED**.

Dated: May 7, 2015

_____

NANDOR J. VADAS  
United States Magistrate Judge