1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| | ) Case Number: C 13-01106 WHA |
| CESAR URIBE, | ) |
| | ) **[PROPOSED] ORDER DIRECTING** |
| Plaintiff, | ) **CLERK TO REMOVE PLAINTIFF'S** |
| | ) **CONFIDENTIAL RECORDS FROM** |
| vs. | ) **THE DOCKET** |
| | ) |
| PHILIP BABIENCO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

[PROPOSED] ORDER DIRECTING CLERK TO REMOVE PLAINTIFF'S

CONFIDENTIAL RECORDS FROM THE DOCKET

    1.      On January 6, 2014, Defendant filed a Motion for Summary Judgment to

Plaintiff's First Amended Complaint and attached exhibits containing Plaintiff's confidential

dental/medical records.

    2.      Much of the information contained in these records is irrelevant to this action.

    3.      Plaintiff seeks to seal these confidential records (listed below).  Defendant has no

objection.

    Finding that Plaintiff's request is narrowly tailored pursuant to Civ. L.R. 79-5(b), the

Court orders the Clerk of the Court to remove the following documents in the record.  Defendant

shall file redacted versions of these documents once they have been removed.

1

Case Number: C 13-01106 WHA
[PROPOSED] ORDER TO
REMOVE CONFIDENTIAL
RECORDS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

| Docket Number | Document Title |
|---|---|
| D.I. No. 16-2 | Exhibit A [Part 1] to Declaration of Philip Babienco in Support of Defendants' Motion for Summary Judgment to Plaintiff's First Amended Complaint |
| D.I. No. 16-3 | Exhibit A [Part 2] to Declaration of Philip Babienco in Support of Defendants' Motion for Summary Judgment to Plaintiff's First Amended Complaint |
| D.I. No. 16-4 | Exhibit A [Part 3] to Declaration of Philip Babienco in Support of Defendants' Motion for Summary Judgment to Plaintiff's First Amended Complaint |
| D.I. No. 16-5 | Exhibit A [Part 4] to Declaration of Philip Babienco in Support of Defendants' Motion for Summary Judgment to Plaintiff's First Amended Complaint |
| D.I. No. 16-8 | Exhibit A [Part 1] to Declaration of Chi Nguyen in Support of Defendants' Motion for Summary Judgment to Plaintiff's First Amended Complaint |
| D.I. No. 16-9 | Exhibit A [Part 2] to Declaration of Chi Nguyen in Support of Defendants' Motion for Summary Judgment to Plaintiff's First Amended Complaint |
| D.I. No. 16-10 | Exhibit A [Part 3] to Declaration of Chi Nguyen in Support of Defendants' Motion for Summary Judgment to Plaintiff's First Amended Complaint |

17
18

IT IS SO ORDERED.

19
20

Dated: March 3, 2016.



UNITED STATES DISTRICT JUDGE ALSUP

21
22
23
24
25
26
27

2

28

Case Number: C 13-01106 WHA
[PROPOSED] ORDER TO
REMOVE CONFIDENTIAL
RECORDS