UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CESAR URIBE,<br><br>        Plaintiff,<br><br>   v.<br><br>PHILIP BABIENCO,<br><br>        Defendants. | Case No.  13-cv-01106-WHA  (NJV)<br><br>**ORDER SETTING SCHEDULING CONFERENCE** |

This case has been referred to the undersigned for a settlement conference.  Accordingly, a scheduling conference is HEREBY SET for March 15, 2016, at 1:00 p.m.  The parties may attend the scheduling conference by dialing 888-684-8852 and entering access code 1868782.

**IT IS SO ORDERED**.

Dated: March 4, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge