STEPHEN J. AKERLEY (BAR NO. 160757)
NISHA PATEL (BAR NO. 287896)
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, California 94040-1499
Telephone: (650) 813-4800
Facsimile: (650) 813-4848
Email: stephen.akerley@dechert.com
nisha.patel@dechert.com

Attorneys for Plaintiff
CESAR URIBE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CESAR URIBE,<br><br>   Plaintiff,<br><br>v.<br><br>PHILIP BABIENCO,<br><br>   Defendant. | Case No. C 13-01106 WHA<br><br>[~~PROPOSED~~] ORDER REGARDING EXPERT FEE REIMBURSEMENT |

On April 12, 2016, Plaintiff's counsel submitted a letter to the Court requesting preapproval for reimbursement of expert fees as required by the Court's General Order 25 and the Federal Pro Bono Project Guidelines.

Finding that the anticipated costs for expert fees are reasonable and necessary, the Court grants Plaintiff's counsel's request. The Court will reimburse Plaintiff's counsel for expert fees incurred up to $12,500.

**IT IS SO ORDERED.**

Dated: April 20, 2016

_____
Judge William Alsup

[~~PROPOSED~~] ORDER REGARDING EXPERT FEE REIMBURSEMENT; Case No. C 13-01106 WHA