IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CESAR URIBE,

    Plaintiff,

v.

PHILIP BABIENCO,

    Defendant.

No. C 13-01106 WHA

**ORDER REGARDING THE PRESENCE OF PLAINTIFF AT TRIAL**

With respect to the trial starting on July 25, 2016, the Court has canceled its vacation plans to hold a trial, so the trial will go forward. The Court now understands that the authorities are resisting fidelity to a writ to bring Mr. Uribe to the trial. The Court has not yet ruled on whether such resistance is warranted BUT all necessary steps must be taken and honored so that his presence is guaranteed at the trial should the Court so rule. Under no circumstances should the authorities drag their feet in order to postpone proceedings and leave the Court in a position in which Mr. Uribe is unable to appear in person at the trial.

**IT IS SO ORDERED.**

Dated: July 13, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE