**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CESAR URIBE,                                    No. C 13-01106 WHA

11                Plaintiff,

12       v.                                          **ORDER REGARDING
                                                     PRETRIAL CONFERENCE**
13   PHILIP BABIENCO,

14                Defendant.

15   _____/

16         In preparation for the pretrial conference on July 20, 2016, please bring all initial

17   disclosures and any amendments under Rule 26 as well as all discovery requests and responses

18   thereto so that if questions arise concerning the give and take of discovery or disclosure,

19   counsel will be able to hand up the documentation.  The Court has learned the hard way not to

20   take the word of counsel for what occurred during discovery or disclosures.

21         The proponent of any disputed item must be prepared to show the Court where it was

22   properly disclosed under Rule 26(a) and any protest that an item was not timely produced must

23   be accompanied by a showing that the protester made a timely and reasonable request for

24   production.

25

26         **IT IS SO ORDERED.**

27

28   Dated:  July 15, 2016.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE