IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DR. PHILIP BABIENCO, D.D.S.,<br><br><br>　　　　　　　　　　　Defendant. | C-13-1106 WHA<br><br>**[PROPOSED] ORDER RE LAW STUDENT APPEARANCE**<br><br>Pretrial Conf.: July 20, 2016<br>Courtroom:　　8, 19th Floor<br>Judge: Hon. William Alsup<br>Trial Date:　　July 25, 2016<br>Action Filed:　January 7, 2013 |

　　　Paul Johnson, a certified law student working out of the California Attorney General's Office, has the Court's permission to appear at the pretrial conference and trial in this case. Mr. Johnson shall be supervised by Deputy Attorney General Micah Osgood or Supervising Deputy Attorney General John Devine while appearing before the Court.

**IT IS SO ORDERED.**

Dated:　July 15, 2016.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge