IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CESAR URIBE,**<br><br>                                    Plaintiff,<br><br>   v.<br><br>**DR. PHILIP BABIENCO, D.D.S.,**<br><br>                                    Defendant. | C-13-1106 WHA<br><br>[~~PROPOSED~~] ORDER RE ACCEPTING OPPOSITION TO MIL NO. 5<br><br>Pretrial Conf.: July 20, 2016<br>Courtroom:     8, 19th Floor<br>Judge: Hon. William Alsup<br>Trial Date:     July 25, 2016<br>Action Filed:   January 7, 2013 |

The Court accepts Defendant's Opposition to Plaintiff's Motion in Limine No. 5, filed in the form attached to Defendant's administrative motion at ECF No. 92, in lieu of the version filed at ECF No. 83-5 at page 59, and again at ECF No. 86-8 at page 122.

**IT IS SO ORDERED.**

Dated: July 15, 2016.

_____
U.S. District Judge

1

[~~Proposed~~] Order (C-13-1106 WHA)