IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE, | No. C 13-01106 WHA |
| Plaintiff, | |
| v. | **NOTICE REQUESTING TRANSCRIPT OF DEPOSITION TESTIMONY** |
| PHILIP BABIENCO, | |
| Defendant. / | |

 This order requests that the parties please bring copies of the transcript of Dr. Philip Babienco's deposition testimony to today's pretrial conference.

**IT IS SO ORDERED.**

Dated: July 20, 2016.

                WILLIAM ALSUP
                UNITED STATES DISTRICT JUDGE