IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CESAR URIBE,

    Plaintiff,

v.

PHILIP BABIENCO,

    Defendant.

No. C 13-01106 WHA

**ORDER REGARDING JURY INSTRUCTION ON CREDIBILITY**

At the pretrial conference, defendant's counsel represented that defendant sought use of a jury instruction concerning the ability of the jury to draw an inference about credibility from an individual's conviction history. The Court has reviewed the proposed jury instructions and has found no such instruction. By tomorrow, **JULY 22, 2016, AT NOON**, defendant shall submit any jury instruction it intends to submit on this point.

**IT IS SO ORDERED.**

Dated: July 21, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE