STEPHEN J. AKERLEY (BAR NO. 160757)
JEFFREY T. FISHER (BAR NO. 303712)
NISHA PATEL (BAR NO. 281628)
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, California 94040-1499
Telephone:  +1 650 813 4800
Facsimile:  +1 650 813 4848
Email:        stephen.akerley@dechert.com
                    nisha.patel@dechert.com

Attorneys for Plaintiff
CESAR URIBE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CESAR URIBE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PHILIP BABIENCO,<br><br>　　　　　Defendant. | Case No.  C 13-01106 WHA<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM DURING TRIAL**<br><br>Trial Date: July 25, 2016<br>Time: 8:00 a.m.<br>Place: Courtroom 8, 19th Floor<br>Judge: Hon. William H. Alsup |

　　　This Court having considered the Administrative Request to Bring Equipment into the Courtroom during Trial hereby GRANTS the Plaintiff's Administrative Request.

　　　Plaintiff Cesar Uribe's attorneys and agents are to be permitted to enter and exit the Court with the following listed equipment, for use at the Trial in the above-entitled matter:

1.　　Laptop computers, USB flash drives or other hard drives, speakers, and associated power cords and cables;

2.　　Boxes of documents, binders, demonstrative exhibits, posters, office supplies, and related case materials;

3.　　Cables, power strips, extension cords and video switches; and

4.　　Cellular and other mobile telephones and personal data devices such as

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMIN
REQUEST TO BRING EQUIPMENT INTO THE
COURTROOM DURING TRIAL; C 13-01106 WHA

Blackberries and iPhones.

Court staff, including Assistant U.S. Marshals on duty, are directed to allow and facilitate the activities set forth above.

**IT IS SO ORDERED.**

Dated: July 22, 2016

HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMIN
REQUEST TO BRING EQUIPMENT INTO THE
COURTROOM DURING TRIAL; C 13-01106 WHA