KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
State Bar No. 170773
GRAYSON W. (TREY) MARSHALL, III (SBN 280409)
ROSAILDA PEREZ (SBN 284646)
MICAH OSGOOD (SBN 255239)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5522
 Fax:  (415) 703-5480
 E-mail:  John.Devine@doj.ca.gov

*Attorneys for Defendant Dr. Philip Babienco*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CESAR URIBE , <br><br> Plaintiff, <br><br> v. <br><br> PHILIP BABIENCO; LUZ F. NARES; WILLIAM J. HILL; GERALD ELLIS,, <br><br> Defendants. | Case No.:  C-13-1106 WHA <br><br> **DEFENDANT'S REQUEST FOR APPROVAL TO BRING EQUIPMENT INTO COURTROOM** <br><br> Trial Date:  July 25, 2016 <br> Time:  8:00 a.m. <br> Courtroom:  8, 19th Floor <br> Judge:  The Honorable William Alsup <br><br> Action Filed: January 7, 2013 |

Defendant requests that the Court issue an order allowing them to bring the following electronic equipment into Courtroom 8, 19th Floor on Friday, July 22, 2016, for the trial set to begin July 25, 2016:

☐ 2 ea laptops;

☐ 1 ea 17" LCD monitor

☐ 1 ea 2 way VGA distribution amplifier;

☐ 1 ea 2 way VGA switch;

☐ 1 ea anchor speaker;

1

☐ VGA and power cabling;

☐ 1 ea Tech table

The contact individual for this equipment will be Michael Lyon, with On The Record, Inc.

Dated: July 22, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
GRAYSON W. (TREY) MARSHAL
ROSAILDA PEREZ
MICAH OSGOOD
Deputy Attorneys General


*/s/ John P. Devine*
JOHN P. DEVINE
Supervising Deputy Attorney General
*Attorneys for Defendant Dr. Philip Babienco*

### ORDER

IT IS HEREBY ORDERED that Defendants' counsel, through their representative Michael Lyon, shall be permitted to bring the following equipment and evidence into Courtroom 8, 19th floor on Friday, July 22, 2016, for a trial beginning July 25, 2016:

☐ 2 ea laptops;

☐ 1 ea 17" LCD monitor

☐ 1 ea 2 way VGA distribution amplifier;

☐ 1 ea 2 way VGA switch;

☐ 1 ea anchor speaker;

☐ VGA and power cabling;

☐ 1 ea Tech table

IT IS SO ORDERED.

Dated: July 22, 2016.

_____
HONORABLE WILLIAM ALSUP
United States District Court Judge