IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CESAR URIBE,                                              No. C 13-01106 WHA

    Plaintiff,

  v.

PHILIP BABIENCO,

    Defendant.
                                     /

**SPECIAL VERDICT FORM**

Your answers to the following questions must be unanimous.

**Dental Malpractice Claim.**

1. With respect to the first claim for dental malpractice, has plaintiff Cesar Uribe proven by a preponderance of the evidence that defendant Philip Babienco was professionally negligent and that this professional negligence was a substantial factor in causing harm to plaintiff?

   Yes _____   No _____

   If you answered No, go to question 6. Otherwise go to the next two questions.

2. What is the total amount of damages for pain and suffering proven by plaintiff from November 9 to 28, 2011?

   Damages for pain and suffering:   $_____

3. Has defendant proven by a preponderance of the evidence that plaintiff was comparatively at fault for any harm caused by defendant's professional negligence and that plaintiff's comparative fault was a substantial factor in causing the harm?

   Yes _____   No _____

   If you answered No, go to Question 6. Otherwise go to Questions 4 and 5.

4. What percentage of fault do you assign to plaintiff and defendant respectively (the total must add up to 100)?

   Plaintiff  _____%

   Defendant  _____%

5. If you assigned a percentage of fault to defendant in Question 4, what are the damages for which defendant is responsible?

   Damages for which defendant is responsible:  $_____

Go to Question 6.

**Section 1983 Claim.**

6. With respect to the Section 1983 claim, has plaintiff proven by a preponderance of the evidence that defendant was deliberately indifferent to plaintiff's serious medical needs and that this deliberate indifference caused harm to plaintiff?

   Yes  _____  No _____

  If you answered No, you are done, go to the end.  Otherwise, go to the next two questions.

3

7.  What is the total amount of damages for pain and suffering proven by plaintiff from November 9 to 28, 2011? (This should be the same number as for Question 2 above.)

    Damages for pain and suffering:    $_____

    If you answered No, go to Question 10. Otherwise go to the next question.

8.  Has defendant proven by a preponderance of the evidence that plaintiff failed to use reasonable efforts to mitigate damages?

    Yes   _____      No _____

9.  If you answered yes to Question 8, what is the total amount of damages for pain and suffering after subtracting the amount by which plaintiff should have mitigated damages?

                                                    $_____

10. Has plaintiff proven by a preponderance of the evidence that punitive damages should be awarded against defendant?

    Yes   _____      No _____

If you answered Yes, there will be a short supplemental proceeding immediately after your verdict. The purpose of the short supplemental proceeding would be to allow you to fix the amount of any punitive damages.

Note: If you award damages for both claims, the Court will take care of the potential for double-counting by awarding the larger of the two amounts (they will not be added together).

4

ONCE YOU HAVE FINISHED ANSWERING THE NECESSARY QUESTIONS UNANIMOUSLY, PLEASE HAVE THE FOREPERSON SIGN AND DATE THIS FORM. THEN CONTACT THE DEPUTY MARSHAL TO INFORM HIM OR HER THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.

Date: July __, 2016.          _____
                                                    **FOREPERSON**