IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE,<br><br>    Plaintiff,<br><br>  v.<br><br>PHILIP BABIENCO,<br><br>    Defendant.<br>_____ / | No. C 13-01106 WHA<br><br>**ORDER REGARDING DISPUTED FACTS AS TO QUALIFIED IMMUNITY** |

If either party feels that there is a disputed fact question that should be answered by the jury on a special interrogatory to aid the Court in determining whether defendant is entitled to qualified immunity, the party should submit any such factual issue to the Court in writing by **11:00 P.M. TONIGHT**.

**IT IS SO ORDERED.**

Dated: July 26, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE