IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CESAR URIBE,

    Plaintiff,

  v.

PHILIP BABIENCO,

    Defendant.

No. C 13-01106 WHA

**FINAL JUDGMENT**

Based upon the unanimous verdict of the jury and the earlier order granting partial summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Philip Babienco, Luz F. Nares, Chi Nguyen, William J. Hill, Gerald Ellis, and M. Lew and against plaintiff Cesar Uribe.

**IT IS SO ORDERED.**

Dated: July 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE