IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR URIBE,<br><br>    Plaintiff,<br><br>  v.<br><br>PHILIP BABIENCO,<br><br>    Defendant.<br>_____ / | No. C 13-01106 WHA<br><br>**NOTICE REGARDING REQUEST AS TO SAN QUENTIN** |

    Court-appointed counsel has sent an email to the Courtroom Deputy Clerk asking the Court to order San Quentin to permit a phone call with plaintiff.

    This was not a proper motion. Nevertheless, this order directs court-appointed counsel to file a notice of appeal on behalf of plaintiff without prejudice to his withdrawing it later and without prejudice to court-appointed counsel later seeking to withdrawal from the appeal. The Court has no convenient way to order San Quentin to arrange a phone call, so counsel should go out to see plaintiff on return from their "traveling." The request is otherwise denied.

    **IT IS SO ORDERED.**

Dated: August 17, 2016.

                                                                WILLIAM ALSUP<br>
                                                                UNITED STATES DISTRICT JUDGE