1  STEPHEN J. AKERLEY (BAR NO. 160757)
   NISHA PATEL (BAR NO. 281628)
2  JEFFREY FISHER (BAR NO. 303712)
   DECHERT LLP
3  2440 W. El Camino Real, Suite 700
   Mountain View, California  94040-1499
4  Telephone:     (650) 813-4800
   Facsimile:     (650) 813-4848
5  Email:         stephen.akerley@dechert.com
                  nisha.patel@dechert.com
6
   Attorneys for Plaintiff
7  CESAR URIBE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CESAR URIBE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PHILIP BABIENCO,<br><br>　　　　　　Defendant. | Case No.  C 13-01106 WHA<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION TO FILE A NOTICE OF APPEAL |

Pursuant to Federal Rule of Civil Procedure 26(b) and Federal Rule of Appellate Procedure 4(a)(5), the Court, having considered Plaintiff's Motion for an Extension to File a Notice of Appeal and finding good cause for an extension, hereby orders as follows:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for an Extension to File a Notice of Appeal is GRANTED.  Having granted a 30-day extension, the new deadline for Plaintiff to file a notice of appeal is September 28, 2016.

Dated:  August 25, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge