STEPHEN J. AKERLEY (BAR NO. 160757)
NISHA PATEL (BAR NO. 281628)
JEFFREY FISHER (BAR NO. 303712)
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, California  94040-1499
Telephone:    (650) 813-4800
Facsimile:     (650) 813-4848
Email:          stephen.akerley@dechert.com
                    nisha.patel@dechert.com

Attorneys for Plaintiff
CESAR URIBE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CESAR URIBE,<br><br>                    Plaintiff,<br><br>v.<br><br>PHILIP BABIENCO,<br><br>                    Defendant. | Case No.  C 13-01106 WHA<br><br>[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR RELIEF FROM PRIOR COURT ORDER AND LOCAL RULE 5-1 |

The Court, having considered Plaintiff's Motion for Relief from Prior Court Order and Local Rule 5-1, hereby orders as follows:

**IT IS HEREBY ORDERED** that court-appointed counsel is relieved of their obligation under the Court's August 17, 2016 order (D.I. 130) to file a notice of appeal on Plaintiff Cesar Uribe's behalf.  It is further ordered that Mr. Uribe has permission to manually file his notice of appeal if he chooses to appeal.  Plaintiff may have until October 7, 2016, to file a notice of appeal.  Counsel for plaintiff shall promptly notify plaintiff of this deadline and its consequences.

Dated:  September 9, 2016.

_____
Honorable William Alsup
United States District Judge

Dechert LLP
Attorneys At Law
Mountain View

[PROPOSED] ORDER RE MOTION FOR
RELIEF FROM PRIOR COURT ORDER
CASE NO. C 13-01106 WHA