IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CESAR URIBE,

    Plaintiff,

  v.

PHILIP BABIENCO,

    Defendant.

No. C 13-01106 WHA

**AMENDED ORDER GRANTING MOTION AND EXTENDING DEADLINE TO FILE NOTICE OF APPEAL**

Court-appointed counsel is hereby relieved of their obligation to file a notice of appeal on plaintiff's behalf. In addition, plaintiff has permission to manually file his notice of appeal if he chooses to appeal. Plaintiff may have until September 26, 2016, to file a notice of appeal. Counsel for plaintiff shall promptly notify plaintiff of this deadline and its consequences.

**IT IS SO ORDERED.**

Dated: September 9, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE