IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CESAR URIBE,

    Plaintiff,

v.

PHILIP BABIENCO,

    Defendant.

No. C 13-01106 WHA

**ORDER DENYING REQUEST FOR SECOND EXTENSION TO FILE NOTICE OF APPEAL**

The Court has been generous in granting extensions for filing a notice of appeal. A further extension is not warranted on this record (even if the Court has authority to grant a second extension). Therefore, the second request for an extension to file a notice of appeal is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 6, 2016.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE